JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BALVANEDA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 2:20-cv-10123-AFM<br><br>**JUDGMENT** |

　　　IT IS ORDERED AND ADJUDGED that (1) Respondent's motion to dismiss the petition is granted, (2) the petition is denied, and (3) the action is dismissed with prejudice as untimely.

DATED: May 26, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALEXANDER F. MacKINNON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE